UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| COURTNEY FUSCELLARO, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 11-723 |
| | : | **ORDER** |
| v. | : | |
| COMBINED INSURANCE GROUP, LTD., PERSONAL SERVICE INSURANCE COMPANY, INC., and AMERICAN INDEPENDENT INSURANCE COMPANY, INC. | : | |
| Defendants. | : | |

This matter having come before the Court upon a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) filed by Defendants Personal Service Insurance Company, Inc. and American Independent Insurance Company, Inc. [Docket Entry No. 15], and the Court having considered the written submissions of the parties, and for the reasons expressed in the Opinion issued on even date,

IT IS on this 29th day of September, 2011 hereby ORDERED that American Independent Insurance Company's motion is DISMISSED AS MOOT and

IT IS FURTHER ORDERED that Personal Service Insurance Company's motion is GRANTED as to Counts II, III, and IV.

                                                                                   \_\_/s/ Joseph H. Rodriguez\_\_\_\_
                                                                                   Hon. Joseph H. Rodriguez
                                                                                    United States District Judge